## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JIMMIE WILSON,**

    **Plaintiff,**

v.                                                                                 Case No. 8:18-cv-20-T-36AAS

**GS4 TRANSPORTATION, et al.,**

    **Defendants.**
_____/

## **ORDER**

Before the court is Plaintiff's construed motion for a refund (Dkts. 9, 10) in which he asserts that although his family paid the $350.00 filing fee in this case, the Department of Corrections subsequently deducted funds from his inmate trust account and sent it to the court as a partial payment of the filing fee in this case. Plaintiff requests the court contact the Department of Corrections and explain that the filing fee has been paid.

On January 9, 2018, the court granted Plaintiff leave to proceed in this action *in forma pauperis* ("ifp") (see Dkt. 5). A copy of the order granting ifp status was mailed to the Department of Corrections with instructions regarding the procedure for sending payments from Plaintiff's prison trust account to the court until the filing fee is paid in full (Id.). Subsequently, the court received $250.00 on February 5, 2018, and $100.00 on March 29, 2018. According to Plaintiff, his family made those payments directly to the court. Therefore, the $350.00 filing fee has been paid.

Accordingly, it is **ORDERED** that:

1. Plaintiff's construed motion for a refund (Dkts. 9, 10) is **GRANTED**. The **Clerk of the Court** shall reimburse to Plaintiff the $48.00 received by the court on May 25, 2018.

Plaintiff's prisoner number is 104331.

2. Because the filing fee in this action has been paid in full, the Department of Corrections shall remove the lien from Plaintiff's prison trust account for the filing fee in this action, case number 8:18-cv-20-T-36AAS.

3. The **Clerk of Court** shall **MAIL** a copy of this order to Plaintiff and the Florida Department of Corrections, Inmate Trust Fund, Centerville Station, P.O. Box 12100, Tallahassee, Florida 32317-2100, Attention: Rita Odom, Professional Account Supervisor.

**DONE and ORDERED** in Tampa, Florida, on June 26, 2018.

AMANDA ARNOLD SANSONE
United States Magistrate Judge


SA: sfc
Copies to: Plaintiff *pro se*; Rita Odom Dept. of Corrections